SLIP OP. 08-13

UNITED STATES COURT OF INTERNATIONAL TRADE

```
                                    :
PS CHEZ SIDNEY, L.L.C.,             :
                                    :
           Plaintiff,               :
                                    :
       v.                           :
                                    :
UNITED STATES INTERNATIONAL         :
TRADE COMMISSION, and               :
UNITED STATES CUSTOMS               :
SERVICE,                            :    Before:    WALLACH, Judge
                                    :    Court No.: 02-00635
           Defendants,              :
                                    :
       and                          :
                                    :
CRAWFISH PROCESSORS                 :
ALLIANCE, et al.,                   :
                                    :
           Defendant-Intervenors.   :
                                    :
```

## JUDGMENT ORDER

Upon consideration of the United States International Trade Commission's determination upon remand of Plaintiff's eligibility for Byrd Amendment distributions of November, 27, 2007 ("Commission's Remand Determination"), filed pursuant to this court's decision and Order in PS Chez Sidney, L.L.C. v. United States, 502 F. Supp. 2d 1318 (CIT 2007); the court having reviewed the Commission's Remand Determination and all pleadings and papers on file herein, and good cause appearing therefor, it is hereby

ORDERED that the Commission's Remand Determination is in accordance with this court's decision and Order of July 26, 2007; and it is further

ORDERED that the Commission's Remand Determination is SUSTAINED.

Dated:      January 24, 2008
            New York, New York
                                       /S/        Evan J. Wallach
                                                     Judge

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _____     By: _____
                                            Deputy Clerk