Slip Op. 08-20

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |  |
|---|---|---|---|
| PS CHEZ SIDNEY, L.L.C., | : |  |  |
| Plaintiff, | : |  |  |
| v. | : |  |  |
| UNITED STATES INTERNATIONAL TRADE COMMISSION, and UNITED STATES CUSTOMS SERVICE, | : | Before: Court No.: | WALLACH, Judge 02-00635 |
| Defendants, | : |  |  |
| and | : |  |  |
| CRAWFISH PROCESSORS ALLIANCE, et al., | : |  |  |
| Defendant-Intervenors. | : |  |  |

**ORDER**

Pursuant to the filing by United States Customs and Border Protection ("Customs") on February 5, 2008, of its Remand Decision entitled Reconsideration of the Fiscal Year 2002, 2003, and 2004 CDSOA Certifications of PS Chez Sidney, L.L.C. ("Remand Decision"), filed pursuant to this court's decision and Order in <u>PS Chez Sidney, L.L.C. v. United States</u>, 502 F. Supp. 2d 1318 (CIT 2007), the court's Judgment Order of January 24, 2008, Slip Op. 08-13, is hereby

WITHDRAWN pending final determination of the above-entitled matter; and it is further

ORDERED that Plaintiff will have 21 days from the date of this Order within which to provide comments on Customs' Remand Decision; and it is further

ORDERED that Defendant Customs and Defendant-Intervenors Bob Odom, Commissioner, Crawfish Processors Alliance, and Louisiana Department of Agriculture and Forestry, will have 21 days from the date of filing of any such comments within which to respond thereto.

                                                      _/s/ Evan J. Wallach____
                                                      Evan J. Wallach, Judge

Dated:       February 7, 2008
                New York, New York

# NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _____     By: _____
                                        Deputy Clerk